**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES ASHFORD                                                                                    PLAINTIFF
ADC #133975

V.                                    NO: 5:09CV00023 JMM/HDY

RODERICK JOHNSON *et al.*                                                                  DEFENDANTS

## ORDER

On April 1, 2009, Defendants Roderick Johnson and Haltom Gillespie filed an answer with their correct names (docket entry #14). The Clerk is directed to change the style of the case to reflect the correct names of Defendants Roderick Johnson and Haltom Gillespie.

IT IS SO ORDERED this   1   day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE