**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CHARLES ASHFORD                                                                                    PLAINTIFF
ADC #133975

V.                                         NO: 5:09CV00023 JMM

RODERICK JOHNSON *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   16   day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE